```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 24768
    JOSE DE JESUS BARREDA MACIAS
    MARIA CRISTINA LOPEZ                          CHAPTER 13

                                                  JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3459      SSN XXX-XX-8982

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 07/01/2004 and was confirmed 09/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 02/07/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
MIRANDA FURNITURE & ELEC   SECURED           3500.00           .00         3500.00
NATIONWIDE CASSEL          SECURED           1965.00        129.54         1965.00
TURNER ACCEPTANCE          SECURED           1545.00           .00         1545.00
ILLINOIS DEPT OF REVENUE   PRIORITY           925.29           .00          651.48
INTERNAL REVENUE SERVICE   PRIORITY          4540.96           .00         3197.20
THOMAS HITCHCOCK & ASSOC   PRIORITY        NOT FILED           .00             .00
AMERICAN FAMILY INSURANC   UNSECURED       NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED       NOT FILED           .00             .00
C2C RESOURCES LLC          UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK           FILED LATE        414.73            .00             .00
CAPITAL ONE BANK           FILED LATE        600.25            .00             .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED         970.00            .00             .00
COMCAST                    UNSECURED       NOT FILED           .00             .00
COLUMBIA HOUSE             UNSECURED       NOT FILED           .00             .00
COMCAST                    UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED        1404.16            .00             .00
CRAFTERS CHOICE            UNSECURED       NOT FILED           .00             .00
AMERICAN FAMILY INSURANC   UNSECURED       NOT FILED           .00             .00
CURRENT CREDIT INC         UNSECURED       NOT FILED           .00             .00
CHAFTERS CHOICE            UNSECURED       NOT FILED           .00             .00
PREMIER BANCARD CHARTER    UNSECURED         436.01            .00             .00
GEVALIA                    UNSECURED       NOT FILED           .00             .00
UNIVERSITY OF CHICAGO HO   UNSECURED       NOT FILED           .00             .00
HOLY CROSS HOSPITAL        UNSECURED       NOT FILED           .00             .00
K MART RECOVERY SERVICE    UNSECURED       NOT FILED           .00             .00
EMERGENCY ROOM CARE PROV   UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED           .00             .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 24768 JOSE DE JESUS BARREDA MACIAS & MARIA CRISTINA LOPEZ

```
LITERARY GUILD              UNSECURED    NOT FILED              .00          .00
NATIONWIDE CASSEL           UNSECURED      2421.94              .00          .00
LITERARY GUILD              UNSECURED    NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS    UNSECURED    NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS    UNSECURED    NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS    UNSECURED    NOT FILED              .00          .00
NORTH SHORE AGENCY          UNSECURED    NOT FILED              .00          .00
BOOK OF THE MONTH CLUB      UNSECURED    NOT FILED              .00          .00
PEOPLES GAS LIGHT & COKE    UNSECURED          .00              .00          .00
PEOPLES GAS LIGHT & COKE    UNSECURED    NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS    UNSECURED    NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS    UNSECURED    NOT FILED              .00          .00
AT & T                      UNSECURED    NOT FILED              .00          .00
CAPITAL ONE                 UNSECURED    NOT FILED              .00          .00
CREATIVE COOKS KITCHEN      UNSECURED    NOT FILED              .00          .00
GREAT AMERICAN BAKING CO    UNSECURED    NOT FILED              .00          .00
HCI DIRECT SILKIES PANTY    UNSECURED    NOT FILED              .00          .00
RITMO Y PASION              UNSECURED    NOT FILED              .00          .00
BOOKSPAN WEST PRODUCT       UNSECURED    NOT FILED              .00          .00
CHARTER ONE BANK            UNSECURED    NOT FILED              .00          .00
AT & T BANKRUPCTY           UNSECURED       335.91              .00          .00
THE GOOD COOK               UNSECURED    NOT FILED              .00          .00
UNIVERSITY OF CHICAGO HO    UNSECURED    NOT FILED              .00          .00
UNIVERSITY OF CHICAGO HO    UNSECURED    NOT FILED              .00          .00
ITASCA BANK & TRUST CO      UNSECURED    NOT FILED              .00          .00
UNIVERSITY OF CHICAGO       UNSECURED    NOT FILED              .00          .00
ILLINOIS DEPT OF REVENUE    UNSECURED       338.35              .00          .00
INTERNAL REVENUE SERVICE    UNSECURED      1304.40              .00          .00
DEPARTMENT OF TREASURY      NOTICE ONLY  NOT FILED              .00          .00
DEPARTMENT OF THE TREASU    NOTICE ONLY  NOT FILED              .00          .00
DEPARTMENT OF TREASURY      NOTICE ONLY  NOT FILED              .00          .00
DEPT OF TREASURY            NOTICE ONLY  NOT FILED              .00          .00
DEPARTMENT OF TREASURY      PRIORITY     NOT FILED              .00          .00
DEPARTMENT OF THE TREASU    NOTICE ONLY  NOT FILED              .00          .00
DEPARTMENT OF TREASURY      NOTICE ONLY  NOT FILED              .00          .00
DEPARTMENT OF TREASURY      NOTICE ONLY  NOT FILED              .00          .00
DEPT OF TREASURY            NOTICE ONLY  NOT FILED              .00          .00
INTERNAL REVENUE SERVICE    NOTICE ONLY  NOT FILED              .00          .00
AFFIRMATIVE                 UNSECURED    NOT FILED              .00          .00
AR IMAGING SC               UNSECURED    NOT FILED              .00          .00
CARPET CUSHIONS             UNSECURED    NOT FILED              .00          .00
CARPET CUSHIONS             UNSECURED    NOT FILED              .00          .00
CERTEGY                     UNSECURED    NOT FILED              .00          .00
CITY OF CHICAGO PARKING     UNSECURED    NOT FILED              .00          .00
CITY OF CHICAGO DEPT OF     UNSECURED    NOT FILED              .00          .00
COSMOPOLITAN EN ESPANOL     UNSECURED    NOT FILED              .00          .00
CREDIT MANAGEMENT CONTRO    UNSECURED    NOT FILED              .00          .00
CREDIT NOW CORP             UNSECURED    NOT FILED              .00          .00
EMERGENCY ROOM CARE         UNSECURED    NOT FILED              .00          .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
                CASE NO. 04 B 24768 JOSE DE JESUS BARREDA MACIAS & MARIA CRISTINA LOPEZ

```
UNIVERSITY OF CHICAGO HO   UNSECURED       NOT FILED              .00             .00
MEDICAL PAYMENT DATA       UNSECURED       NOT FILED              .00             .00
NATIONAL CREDIT AUDIT CO   UNSECURED       NOT FILED              .00             .00
NATIONAL PREMIUM FINANCE   UNSECURED       NOT FILED              .00             .00
PROFESSIONAL ADJUSTMENT    UNSECURED       NOT FILED              .00             .00
TRS SERVICES               UNSECURED       NOT FILED              .00             .00
THOMAS R HITCHCOCK         DEBTOR ATTY     2,084.50                          2,084.50
TOM VAUGHN                 TRUSTEE                                             752.28
DEBTOR REFUND              REFUND                                                  .00
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                13,825.00

PRIORITY                                    3,848.68
SECURED                                     7,010.00
    INTEREST                                  129.54
UNSECURED                                        .00
ADMINISTRATIVE                              2,084.50
TRUSTEE COMPENSATION                          752.28
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                 13,825.00            13,825.00

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
   Dated: 05/27/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```